

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Robbie Dean Anderson, Sr.,  * From the 39th District
Court of Throckmorton County,
Trial Court No. 3332-1.

Vs. No. 11-13-00004-CV  * July 24, 2014

Texas Farm Bureau Mutual  * Memorandum Opinion by Willson, J.
Insurance Company,  (Bailey, J., not participating)
(Panel consists of: Wright, C.J.,
Willson, J., and McCall, sitting by
assignment)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Robbie Dean Anderson, Sr.